**B.G., BY Her Next Friend B.G., Plaintiff-Appellant,**

v.

**Sam MALHOTRA, In his Official Capacity as Secretary of the Maryland Department of Human Resources; Peter Buesgens, In His Official Capacity as Director of the Worcester County Department of Social Services; Teresa Waller, In Her Individual and Official Capacity Worcester County Department of Social Services; Shae Nottingham, In Her Individual and Official Capacity Worcester County Department of Social Services; Kimberly Linton, In Her Individual and Official Capacity Worcester County Department of Social Services, Defendants-Appellees.**

No. 16-1837

United States Court of Appeals, Fourth Circuit.

Submitted: February 23, 2017

Decided: February 27, 2017

Robert McCaig, LEGAL AID BUREAU, INC., Salisbury, Maryland, for Appellant.

Brian E. Frosh, Attorney General, Ann M. Sheridan, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

B.G., by her next friend, B.G., appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2012) complaint challenging a state court child custody proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. B.G. v. Malhotra, No. 1:15-cv-02663-RDB, 2016 WL 3384941 (D. Md. June 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED